UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Michael S. Kimm, Esq. (MK4476)
KIMM LAW FIRM
333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
201-569-2880
*Attorneys for Plaintiff*

| | |
|---|---|
| MARTIN LUTHER BASKERVILLE, JR.,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>LAURA JACKSON, SUSAN CICALA, FRANK JORDAN, ELYSE REGIS, AND GAIL KESSELMAN.<br><br>　　　　　Defendants. | 15-6463 (CCC)<br><br>Civil Action<br><br>**Request to Withdraw as Counsel for Plaintiff** |

　　　　PLEASE TAKE NOTICE that Michael S. Kimm, Esq., Kimm Law Firm, respectfully requests that the notice of appearance filed October 12, 2017, be vacated.

　　　　Our firm was retained only for the other two cases involving Mr. Baskerville and not this case. Our notice of appearance was an oversight on our part, clarified today during a conference call with Mr. Baskerville and another attorney and his firm who was retained by Mr. Baskerville.

Dated: November 2, 2017　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Kimm
　　　　　　　　　　　　　　　　　　　　　　　Michael S. Kimm, Esq.
　　　　　　　　　　　　　　　　　　　　　　　KIMM LAW FIRM
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff