**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTIN LUTHER BASKERVILLE, JR., <br><br> Plaintiff, <br><br> v. <br><br> LAURA JACKSON, et al., <br><br> Defendants. | Civil Action No. 15-6463 (CCC) <br><br> **ORDER** |

**CECCHI**, District Judge.

This matter having come before the Court on Defendants' motions seeking summary judgment in this matter (ECF Nos. 117, 125), the Court having considered the motions and briefs submitted in support thereof (ECF Nos. 117, 125, 127), Plaintiff having failed to file any opposition to either motion, and for the reasons expressed in the accompanying opinion,

**IT IS** on this 23rd day of April, 2021,

**ORDERED** that Defendants' motions (ECF Nos. 117, 125) are **GRANTED**; and it is further

**ORDERED** that Plaintiff's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the administrative exhaustion requirement of 42 U.S.C. § 1997e; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying opinion upon the parties electronically and via the United States Postal Service, and shall **CLOSE** the file.

*/s/ Claire C. Cecchi*
**CLAIRE C. CECCHI, U.S.D.J.**